UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KERRY BYRON HOLLEY,

        Petitioner,

v.                                              CASE NO. 07-CV-11503
                                                HONORABLE PAUL D. BORMAN

JEFF WHITE,

        Respondent.
_____/

## ORDER DENYING MOTIONS FOR A CERTIFICATE OF APPEALABILITY AND FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

     This matter is before the Court on Petitioner's motions for a certificate of appealability and for leave to proceed on appeal *in forma pauperis* regarding the denial of his habeas petition. The Court, however, denied a certificate of appealability and denied leave to proceed on appeal *in forma pauperis* in its opinion and order denying the petition. The Court finds no reason to reconsider that decision. A motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(g)(3). Accordingly, the Court **DENIES** Petitioner's motions.

                                                                               s/Paul D. Borman
                                                                               PAUL D. BORMAN
                                                                               UNITED STATES DISTRICT JUDGE

Dated: January 11, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 11, 2008.

                                                      s/Denise Goodine
                                                     Case Manager